UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELVIS JOHNSON | CIVIL ACTION |
| VERSUS | NO: 05-6378 |
| N. BURL CAIN | SECTION: R |

**ORDER**

The Court, having reviewed *de novo* the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendations, and finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Magistrate Judge's Report and Recommendations and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's petition for a writ of habeas corpus pursuant filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE as time barred.

New Orleans, Louisiana, this 20th day of October, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE